UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

ORLANDO DIVISION

"IN ADMIRALTY"

CASE NO.:  6:22-cv-01591-CEM-DAB

In the Matter of the Complaint for Exoneration from or Limitation of Liability by FIRED UP FISHING CHARTERS LLC, as owner of the 1992 32' Stuart Angler motor vessel, bearing Hull Identification No. MPB32390J293,

    Petitioner.
_____/

**NOTICE OF COMPLIANCE**

Petitioner, FIRED UP FISHING CHARTERS, LLC, by and through undersigned counsel, and in compliance with the Court's Order, ECF 7, hereby advise the court that this matter, Case No. 6:22-cv-01591-CEM-DAB, should not be consolidated or coordinated with Case No. 6:22-cv-1282-RBD-EJK.

This matter involves potential liability claims against Petitioner, whereas Case No. 6:22-cv-01591-CEM-DAB is a declaratory judgment action regarding insurance coverage.

Dated:  September 28, 2022

                                        *Respectfully submitted,*

                                        By: *Craig P. Liszt*
                                        Jonathas W. Skipp
                                        Florida Bar No. 710570
                                        jskipp@admiral-law.com
                                        **Craig P. Liszt**
                                        Florida Bar No. 63414
                                        cliszt@admiral-law.com

        HORR, NOVAK & SKIPP, P.A.
        Two Datran Center, Suite 1700
        9130 South Dadeland Blvd.
        Miami, FL  33156
        Telephone: (305) 670-2525
        Facsimile:  (305) 670-2526
        *Attorneys for Petitioner*

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on September 28, 2022, the foregoing document is being served via email this day on all counsel of record or pro se parties identified on the attached Service List.

## SERVICE LIST

Jonathas W. Skipp
Florida Bar No. 710570
jskipp@admiral-law.com
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
HORR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526
*Attorneys for Petitioner*