UNITED STATE DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

"IN ADMIRALTY"

CASE NO.: 6:22-cv-1591-RBD-EJK

In the Matter of the Complaint for Exoneration from or Limitation of Liability by Fired Up Fishing Charters LLC, as owner of the 1992 32' Stuart Angler motor vessel, bearing Hull Identification No. MPB32390J293,

      Petitioner.
_____/

## MOTION FOR ISSUANCE OF AMENDED NOTICE TO CLAIMANTS

Petitioner, FIRED UP FISHING CHARTERS LLC, as owner of the 1992 32' Stuart Angler motor vessel, bearing Hull Identification No. MPB32390J293, pursuant to Supplemental Rule F, respectfully move this Court for an order issuing an Amended Notice to Claimants and setting the time for filing claims, and states as follows:

1. On September 2, 2022 Petitioner filed a Complaint [ECF 1] claiming the benefits of exoneration from or limitation of liability as provided for in 46 U.S.C. § 30501, *et seq.* and Rule F of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure for any damages and or injuries resulting from an incident occurring on or about March 3, 2022 on the navigable waters of the United States.

2. On October 26, 2022, the Court entered an Order, ECF 16, accepting Petitioner's security, issuing a monition requiring claimants to file their claims in this proceeding on or before December 13, 2022 and directing the Clerk to issue a notice to be published in the Orlando Daily Business Review once a week for four weeks, and enjoining the commencement

of or further prosecution of any action against Petitioner with respect to the subject incident except in this action.

    3.    Petitioner was unable to achieve publication of the Notice issued by the Clerk within the time period specified in ECF 16, and as such, requests that the Court issue an Order extending the time for claimants to file their claims in this action and directing the Clerk to issue an amended Notice to Claimants.

    4.    A proposed Order is attached as Exhibit 1.

    5.    A proposed Amended Notice to Claimants is attached as Exhibit 2.

Dated:   February 7, 2023

*Respectfully submitted,*

/s/ *Craig P. Liszt*
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
HORR, SKIPP & PEREZ, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Blvd.
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile:  (305) 670-2526

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on February 7, 2023, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

    */s/ Craig P. Liszt*
**Jonathas W. Skipp**
Florida Bar No. 710570
jskipp@admiral-law.com
**Craig P. Liszt**
Florida Bar No. 63414
**cliszt@admiral-law.com**

**SERVICE LIST**

**Jonathas W. Skipp**
Florida Bar No. 710570
jskipp@admiral-law.com
**Craig P. Liszt**
Florida Bar No. 63414
cliszt@admiral-law.com
HORR, SKIPP & PEREZ, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL  33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Petitioner*